IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MYRON VANCE VIVIAN,

    Petitioner,               No. CIV S-05-0965 MCE PAN P

    vs.

MANUEL HERNANDEZ CASTRO,

    Respondent.             ORDER

_____/

        Respondent has requested an extension of time to file a response pursuant to the court's order of December 27, 2005. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Respondent's February 23, 2006 request for an extension of time is granted; and

        2. Respondent is granted until April 28, 2006 in which to file a response to petitioner's application. Petitioner's traverse shall be filed thirty days thereafter.

DATED: March 27, 2006.

UNITED STATES MAGISTRATE JUDGE

/001; vivi0965.111